Fara F. Kaplan (William Wallace McCallum, Assignee), Appellee, v. Stevens Hotel Corporation, Appellant.

Gen. No. 42,772.

Heard in the third division, first district, this court at the October term, 1943; opinion filed April 26, 1944. Samuel Levin, for appellant; Elwyn R. Shaw, of counsel; Marion J. Hannigan and William Wallace McCallum, for appellees. Opinion by JUSTICE BURKE. Not to be published in full.

Matchless Metal Polish Company, Plaintiff, v. George Knippel et al., Defendants.

Appeal of Edward A. Miller, Objector, Appellant, v. Florence R. Cannon, Administratrix of Estate of Glenn Cannon, Deceased, Receiver, Appellee.

Gen. No. 42,858.

Heard in the third division, first district, this court at the October term, 1943; opinion filed April 26, 1944. Edward A. Miller, *pro se;* Frederick A. Thulin and Irving G. Brown, for appellee. Opinion by JUSTICE BURKE. Not to be published in full.